*Felony*

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

UNITED STATES OF AMERICA

V

Duran-Duran, Maricela
A089 949 249
MEXICO

United States District
Southern District of Texas
FILED

OCT 15 2019

David J. Bradley, Clerk of Court

**CRIMINAL COMPLAINT**
CASE NUMBER: B: 19-1017 MJ

I, the undersigned being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about 10/13/2019 in Cameron County, in the SOUTHERN District of TEXAS defendant, an alien did,

knowingly, willfully and in violation of law attempted an illegal entry into the United States and used and possessed a document prescribed by statue or regulation as evidence of authorized stay, entry, or employment in the United States knowing it to have been procured by fraud or was unlawfully obtained, after being previously deported, said defendant having not obtained the consent of the Attorney General and/or the Secretary of Homeland Security of the United States,

in violation of Title  18  United States Code, Section(s)  1546 (a)  ,
in violation of Title  8   United States Code, Section(s)  1326 (a)  .

I further state that I am a (n) Customs and Border Protection Officer and that this complaint is based on the following facts:

The defendant attempted to gain illegal entry into the United States thru the Veterans International Bridge in Brownsville Texas. The defendant presented a United States a Legal Permanent resident alien card bearing the name of MARIA LOZOYA DE MELENDEZ and further claimed to be said person to a U.S. Customs and Border Protection Officer.  In Immigration secondary, Customs and Border Protection officers determined that the defendant is not the rightful owner of the document presented.  Further, the defendant is a citizen and national of Mexico with no documents to enter and/or reside in the United States.  A query of the defendants' criminal records revealed that she had been previously convicted on/or about 09/05/2014 for Entry without Inspection.  The defendant was last deported from the United States to Mexico on/or about May 26, 2018 through El Paso, Texas.

Defendant has $25.00 U.S. Dollars and $50.00 pesos on her possession

Continued on the attached sheet and made a part hereof:   ___Yes   X No

Miguel Salas CBPEO
Signature of Complainant

Sworn to before me and subscribed in my presence,

**October 15, 2019**                    at       **Brownsville, Texas**
Date                                                              City and State

**Ronald G. Morgan, U.S. MAGISTRATE JUDGE**
Name & Title of Judicial Officer                            Signature of Judicial Officer